## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tracy L. Bicknese,

           Plaintiff,

v.

Palisades Collection, L.L.C., a Foreign Limited Liability Company, Mann Bracken, LLP, f/k/a Wolpoff and Abramson, LLP, a Foreign Limited Liability Partnership, Omni Credit Services of Florida, Inc., a Foreign Corporation, and Somana Doe, individually,

           Defendants.

COURT FILE NO.:CV 09-607 ADM/AJB

**ORDER OF DISMISSAL WITH PREJUDICE**

## ORDER

Based upon the stipulation of counsel, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 20, 2009.

**BY THE COURT:**
s/Ann D. Montgomery

_____
Honorable Ann D. Montgomery
Judge of U.S. District Court

1389114v1